# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aimee A. Kern,<br><br>Plaintiff,<br><br>vs.<br><br>Brachfeld Law Group, P.C., *a foreign professional corporation*,<br><br>Defendant. | **CIVIL FILE NO.:** 11-CV-580 (PAM/JJK)<br><br>**ORDER** |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant is hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: April 25, 2011

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge