≊AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Aimee A. Kern

V.

Brachfeld Law Group, P.C., a foreign professional corporation,

## JUDGMENT IN A CIVIL CASE

Case Number:  11-580 PAM/JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's claims against Defendant is hereby VOLUNTARILY DISMISSED in their entirety, on the merits and WITH PREJUDICE.  Each party shall bear their own costs and attorney's fees.

|  |  |
|---|---|
| 4/25/11 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Rena L. Riemer |
|  | (By)    Rena Lexvold Riemer    Deputy Clerk |